PROB 12C
(7/93)

Report Date: July 28, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam T. Layton      Case Number: 0980 2:14CR00006-TOR-1
                                                     0980 2:14CR00160-TOR-1

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 18, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)<br>Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 942(a)(2) |
| Original Sentence: | (2:14CR00006-TOR-1):<br>Prison: 30 months;<br>TSR: 36 months<br><br>(2:14CR00160-TOR-1)<br>Prison: 24 months -<br>TSR: 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Federal Defenders Office |

Date Supervision Commenced: April 11, 2016
Date Supervision Expires: April 10, 2019

### PETITIONING THE COURT

   To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 13, 2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Adam Layton was arrested on July 25, 2017, for Fourth Degree Assault, in violation of RCW 9A.36.041, a gross misdemeanor.<br><br>According to the Spokane County Sheriff Case Report 2017-10097598, on July 25, 2017, a corrections officer in the Spokane County Jail saw Adam Layton throwing punches toward the victim, striking him in the head.  The assault stopped as the victim began to yell for a guard. |

Prob12C
**Re: Layton, Adam T.**
**July 28, 2017**
**Page 2**

Adam Layton was arrested for fourth degree assault and provided a criminal citation with a court date for the charge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   7/28/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Other: The violations alleged in the petition will be addressed at the revocation of supervised release hearing set for 8/31/2017 @ 3:00 p.m.

*Thomas O. Rice*
Signature of Judicial Officer

July 31, 2017
Date